UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Residential Realty Advisors, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Mark Company, Inc. and Pacific Union International, Inc. <br><br> Defendants. | Case No: C-19-04042-JD <br><br> **ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear its own costs and attorneys' fees.
3. The Court shall retain jurisdiction over the matter and the parties to enforce the terms of the parties' July 22, 2020 Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 29, 2020  _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE